GERTRUDE I. NORTON, as Administratrix of the Estate of SHADRACK NORTON, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Norton* v. *Erie R. R. Co,*, 163 App. Div. 466, affirmed.
(Argued March 2, 1917; decided April 6, 1917.)

APPEAL from a judgment entered July 15, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The decedent was riding on the side of a freight car on a side track, and was struck and knocked off the car by a baggage truck which had been left between the tracks by a baggageman, and fell under the wheels of the moving freight car receiving injuries which resulted in his death.

*James O. Sebring* for appellant.

*Floyd G. Greene* for respondent.

Judgment affirmed, with costs, on opinion of KRUSE, P. J., below.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.